**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | No. 3:22-CR-024 |
| | ) | |
| **VICTOR BTESH,** | ) | **JUDGES CRYTZER/** |
| **MICHELLE'S DVD FUNHOUSE, INC.,** | ) | **POPLIN** |
| **MJR PRIME, LLC,** | ) | |
| **PRIME BROOKLYN, LLC** | ) | **MOTION TO FILE UNDER SEAL** |
| | ) | |
| **Defendants** | ) | |

**SUPPLEMENT TO SENTENCING MEMORANDUM**
**ON BEHALF OF VICTOR BTESH**

Come now Defendant, Victor Btesh, through undersigned counsel, and submits the following additional letters of support as a Supplement to Mr. Btesh's Sentencing Memorandum filed July 10, 2023, [ECF 139].

1. Letter from Belinda Shaltiel (Attachment 1);

2. Letter from Jonathan Hedvat (Attachment 2); and

3. Letter from Robert Friedman (Attachment 3).

Respectfully submitted this 24th day of July, 2023.

                                                                  */s/ Donald A. Bosch*
                                                                  Donald A. Bosch (BPR No. 013168)
                                                                  Ann C. Short (BPR No. 009645)

                                                                  **THE BOSCH LAW FIRM**
                                                                  712 South Gay Street
                                                                  Knoxville, TN 37902
                                                                  (865) 637-2142

                                                                  *Counsel for Victor Btesh*

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on July 24, 2023, the foregoing was filed electronically, using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

                                                */s/ Donald A. Bosch*_____
                                                DONALD A. BOSCH