

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:22-cr-024-1									Date: August 23, 2023

### United States of America        vs.        Victor Btesh

**PROCEEDINGS: Sentencing.** Argument heard regarding the Defendant's objection to the Presentence Investigative Report regarding role adjustment enhancement. The Court overruled the objection. The defendant shall remain released with all previous conditions to apply.

---

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Kara Nagorny | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| R. Jacobs/K. Foran/W. Roach | | D. Bosch/A. Short |
|---|---|---|
| **Asst. U.S. Attorneys** | | **Attorneys for Defendant** |

- ■ Allocution given by defendant
- ■ Government's Motion for Acceptance of Responsibility     ■ granted    ☐ denied
- ☐ Government's Motion                                       ☐ granted    ☐ denied
- ■ Defendant's Motion for Variance [R.139]                   ☐ granted    ■ denied

■ **JUDGMENT OF THE COURT:**
The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 18 months as to Count 1 of the Indictment. Upon release from imprisonment, the defendant shall be on supervised release for the term of 2 years. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. The defendant shall comply with the special conditions (5) set forth in the J&C.

■ **COURT RECOMMENDATIONS:**
The court recommends the defendant undergo a complete mental health evaluation and receive appropriate treatment while serving his term of imprisonment. Further, the court recommends the defendant be designated to FPC Otisville (NY) as deemed appropriate by the BOP.

- ■ Special assessment: $100.00
- ■ Fine: $38,000.00
- ■ Defendant to remain on conditions pending designation
- ☐ Defendant remanded to custody

9:11 – 11:22