UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:22-CR-24 |
| VICTOR BTESH, | ) | JUDGE CRYTZER |
| Defendant. | ) | |

## NOTICE

Come now Bobby E. Hutson, Jr., and Federal Defender Services of Eastern Tennessee, Inc., who hereby provide notice to the Court that the relevant documents in the Defendant's case have been reviewed for relief eligibility pursuant to this Court's standing order, *In Re: Amendment 821 to USSG Appendix C of 2023*, No. SO-23-06, and that no additional pleadings will be filed at this time; however, Mr. Btesh has requested that a letter be submitted on his behalf in further support of his pro se motion currently pending before the Court. (Docs. 185, 187).

Respectfully submitted, this the 3rd day of May, 2024.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: *s/Bobby E. Hutson, Jr.*
Bobby E. Hutson, Jr. 143116 GA
Appellate Supervisor
Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979